**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6716**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

PERCY JAMES TUCKER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:09-cr-00182-AWA-DEM-1)

Submitted:  May 5, 2026                    Decided:  May 15, 2026

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Percy James Tucker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Percy James Tucker appeals the district court's order denying his motion for early termination of supervised release under 18 U.S.C. § 3583(e).  We have reviewed the record and find no abuse of discretion.  *See United States v. Pregent*, 190 F.3d 279, 282 (4th Cir. 1999) (reviewing denial of § 3583(e) motion for abuse of discretion).  Accordingly, we affirm the district court's order.  *See United States v. Tucker*, No. 2:09-cr-00182-AWA-DEM-1 (E.D. Va. Aug. 14, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*